**Bank of America** Home Loans

Customer Name:
Gloria Taddei

Loan number: 71275071

Date
September 15, 2017

Customer Service:
800.669.5224

Account information
bankofamerica.com

Gloria Taddei
33 Fairlamb Ave
Havertown, PA 19083-2845

As part of our review of your request for loss mitigation assistance, the estimated market value of your property was completed, and we're providing the information to you as required by law.

The estimated value of your property is provided below:

## Estimated Property Value
## Subject Property

| Borrower: | Gloria Taddei |
|---|---|
| Loan Number: | 71275071 |
| Property Address: | 14 SOUTH MADISON AVE MARGATE, NJ 08402-2207 |

## Valuation Results

| Estimated Value: | $433,846.00 |
|---|---|
| Completed On: | September 12, 2017 |

This Estimated Property Value was created by a statistical model called an automated valuation model. The model uses real estate information such as, but not limited to, property characteristics, sales prices and regional trends applicable to a specific property. This estimate is designed and intended to be used solely by Bank of America, N.A. in connection with the evaluation of your loss mitigation request. The estimated market value of the subject property in this information was not obtained from a person licensed or certified under applicable law to perform appraisals and is not based on a physical inspection of the property. A traditional or short form appraisal of the property has not been performed in order to obtain this estimated market value.

Bank of America makes no representations or warranties, express or implied, regarding the condition of the property, or the value of the property.

Bank of America conducted this review for our own use and we're required by law to provide you a copy. We suggest you maintain a copy of this letter for your records.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

C3_9473_496533

